STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHNNIE LEE LINDSEY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Edward P. Hannigan* for the petitioner.

*Mr. Joseph Tuso* and *Mr. N. Douglas Russell* for the respondent.

June 30, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
RICHARD K. KRAMMES, DEFENDANT-PETITIONER.

See same case below: 105 *N. J. Super.* 345.

*Messrs. Halpern, Schachter & Wohl* for the petitioner.

*Mr. Michael R. Imbriani* and *Mr. S. Philip Klein* for the respondent.

June 30, 1969. Denied.